UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Fernando Gamboa Howard,<br><br>    Petitioner<br><br>v.<br><br>Rex W. Tillerson, et al.,<br><br>    Respondents | 2:17-cv-01977-JAD-GWF<br><br>**Screening Order**<br><br>[ECF No. 2] |

Counseled petitioner and federal detainee Fernando Howard seeks habeas corpus relief under 28 U.S.C. § 2241 from an order to extradite him to Mexico where he is charged with aggravated homicide.[1] I now screen his petition, and then I consider a motion for leave to appear on behalf of the respondents.[2]

Howard has not paid the $5.00 filing fee for a habeas action or filed an application to proceed *in forma pauperis*. Howard must do one of these actions or cite to some authority that allows him to commence this action without satisfying the filing-fee requirement, otherwise his petition will be dismissed and this case closed. Howard's petition is also defective because it is not verified as required by 28 U.S.C. § 2242.

Accordingly, IT IS HEREBY ORDERED that, **by December 4, 2017, Howard MUST**: (1) either pay the filing fee, file a pauper application with all required financial attachments, or cite authority that permits the commencement of this action without satisfaction of the filing-fee requirement; **AND** (2) file a verification of the allegations in the petition. **If Howard fails to satisfy either of these requirements, this action will be dismissed without further prior notice**.

---

[1] ECF No. 1 at 1–3.

[2] ECF No. 2.

IT IS FURTHER ORDERED that the motion for leave to appear on behalf of respondents **[ECF No. 2] is GRANTED**, and the **Clerk of Court** is directed to reflect on the docket **prior to entry of this order that both Ms. Haciski and Ms. Martin are appearing as counsel for respondents.**[3]

The **Clerk of Court** is directed to **SEND to the Federal Public Defender**, as an attachment to this order or by other means convenient to the Clerk, a copy of a pauper application for an individual in custody and the instructions for the form.[4]

DATED: November 1, 2017.

                                              _____
                                              Jennifer A. Dorsey
                                              United States District Judge

---

[3] The docket does not currently reflect Ms. Martin also as counsel, following upon her notice of appearance on August 8, 2017.

[4] If it is more expedient for Howard to submit the pauper application as an in-proper-person filing or pay the filing fee directly from an inmate account, that would be acceptable in the posture of this case.