STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
CHRISTOPHER J. SMITH
REBECCA A. HACISKI
Office of International Affairs
PAMELA A. MARTIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Fax: 702-388-6418
Email: pam.martin@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| FERNANDO GAMBOA HOWARD, | Case No.: 2:17-cv-01977-JAD-GWF |
| Petitioner, | |
| v. | STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE (#9) |
| REX TILLERSON, et al., | **ORDER** |
| Respondents. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, Christopher J. Smith, Office of International Affairs, Rebecca A. Haciski, Office of International Affairs, and Pamela A. Martin, Assistant United States Attorney, counsel for the United States of America, and Wendi L. Overmyer, Assistant Federal Public Defender, counsel for petitioner FERNANDO GAMBOA HOWARD, that the Government's deadline to respond to the Order Directing Response (ECF #9), currently scheduled for December 18, 2017, be vacated and continued until

1 | December 21, 2017.
2 | This stipulation is entered into for the following reasons:
3 | 1. Respondent requires a few extra days to draft response.
4 | 2. The parties agree to the continuance.
5 | 3. This is the first request for a continuance filed herein.

DATED this 14th day of December 2017.

Respectfully submitted,

| RENE L. VALLADARES | STEVEN W. MYHRE |
| Federal Public Defender | Acting United States Attorney |

/s/ *Wendi Overmyer*            /s/ *Pamela A. Martin*
WENDI L. OVERMYER, AFPD     PAMELA A. MARTIN
Counsel for Petitioner HOWARD    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

FERNANDO GAMBOA HOWARD,

    Petitioner,

v.

REX TILLERSON, et al.,

    Respondents.

Case No.: 2:17-cv-01977-JAD-GWF

**ORDER**

## **FINDINGS OF FACT**

Based upon the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. Respondent requires a few extra days to draft response.
2. The parties agree to the continuance.

## **ORDER**

IT IS THEREFORE ORDERED that the Response to Order Directing Response, currently scheduled for Monday, December 18, 2017, be vacated and continued to the Thursday, December 21, 2017.

Dated: December 14, 2017.

_____
UNITED STATES DISTRICT JUDGE