# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Fernando Gamboa Howard,

    Petitioner

v.

Rex W. Tillerson, et al.,

    Respondents

Case No.: 2:17-cv-01977-JAD-GWF

**Order Dismissing Case and Directing Entry of Judgment**

    On February 26, 2018, the court denied counseled petitioner Fernando Gamboa Howard's petition for a writ of habeas corpus under 28 U.S.C. § 2241 that challenges his extradition to the United Mexican States by the United States of America on a charge of aggravated homicide.[1] The order denying the petition resolves all of the matters at issue in this case, so

    IT IS HEREBY ORDERED that this case is **DISMISSED** with prejudice.  The Clerk of Court is directed to **ENTER JUDGMENT** dismissing this action with prejudice in favor of respondents Rex W. Tillerson, Jefferson B. Sessions, and Christopher Hoyle and against petitioner Fernando Gamboa Howard.

Dated: February 27, 2018

                                                              _____
                                                              U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 14.